**Order entered July 10, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00779-CV

### IN RE MELISSA LARSEN, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05693**

## ORDER
Before Justices Francis, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of habeas

corpus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     ROBERT M. FILLMORE
        JUSTICE